

Lonell Bernard Gadson, pro se.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and HILL, Circuit Judges.

Before BIRCH, CARNES and HULL, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Lonell Bernard Gadson in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gadson's conviction and sentence are **AFFIRMED.**

PER CURIAM:

Sonya Rudenstine, appointed counsel for Alfred Lee Cason in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cason's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alfred Lee CASON, Defendant–**
**Appellant.**

No. 08–15990
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 22, 2009.

Sonya Margaret Rudenstine, Gainesville, FL, for Defendant–Appellant.

**Gil KOVAR, Plaintiff–Appellant,**

v.

**CSX TRANSPORTATION, INC.,**
**Defendant–Appellee.**

No. 09–10673
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 22, 2009.

Frank Demelfi, Melville Johnson PC, Atlanta, GA, for Plaintiff–Appellant.